Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRED BECKER, Respondent, v. WILLIAM GREENHOUSE and Others, Appellants, and DAWSON BROS. CONSTRUCTION CO., INC., and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOSE DEL BUSTO, Appellant, v. E. I. DUPONT DENEMOURS & COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of LEO J. DIETRICH, an Attorney and Counselor at Law, Respondent.— Order entered upon resignation striking name of attorney from Roll of Attorneys and Counselors at Law. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of ROBERT M. CODD, JR., an Attorney and Counselor at Law, Respondent.— Report of referee confirmed and order entered suspending respondent from practice for a period of five years and thereafter until the further order of this court. All concur. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of ABRAHAM GLASSNER, an Attorney and Counselor at Law, Respondent.— Order entered censuring respondent. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of KARL A. McCORMICK, Proctor of the Bar for the Eighth Judicial District.— Order of reference entered. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of KARL A. McCORMICK, Proctor of the Bar for the Eighth Judicial District.— Order of reference entered. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

FIRST DEPARTMENT, OCTOBER, 1940.
(October 4, 1940.)

In the Matter of the Application of KNICKERBOCKER VILLAGE, INC., Respondent, against WILLIAM REID, as City Collector of the City of New York, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN T. EAGLETON, Appellant, for an Order against H. WARREN HUBBARD, City Clerk and Clerk of the City Council, and Others, Respondents, and PAULINE J. MALTER, Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents other than the intervenor-respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID J. RICHTER, Doing Business under the Firm Name and Style of D. J. RICHTER Co., and Others, Appellants, v. ARNOLD HORN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. The